IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEVI,

           Plaintiff,              CIV S-11-3164 MCE CKD PS

     vs.

M. CATE, et al.,

           Defendants.         <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to pay the filing fee.  Good cause appearing, IT IS HEREBY ORDERED that no later than March 1, 2012, plaintiff shall submit the appropriate filing fee.

 Dated: January 4, 2012

                              _____
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

4
levi.eot

1