IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEVI,

      Plaintiff,                     CIV S-11-3164 MCE CKD PS

    vs.

M. CATE, et al.,

      Defendants.               ORDER

_____/

      Plaintiff has requested an extension of time to pay the filing fee. Good cause appearing, IT IS HEREBY ORDERED that no later than March 1, 2012, plaintiff shall submit the appropriate filing fee.

Dated: January 4, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
levi.eot