IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEVI,

        Plaintiff,                    CIV S-11-3164 MCE CKD PS

   vs.

M. CATE, et al.,

        Defendants.              <u>ORDER</u>

                                /

        Plaintiff has requested a third extension of time to pay the filing fee. Plaintiff indicates he can presently pay a portion of the fee and anticipates being able to pay the remainder of the fee no later than May 15, 2012.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for extension of time (dkt. no. 8) is granted.

        2. No later than April 20, 2012, plaintiff shall submit a partial filing fee of $225.

////

////

////

////

////

3.  No later than May 18, 2012, plaintiff shall submit the remainder of the fee in the amount of $130.

Dated: April 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
levi3.eot