IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEVI,

        Plaintiff,                CIV S-11-3164 MCE CKD PS

    vs.

M. CATE, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to complete service of summons. This action has been pending for seven months. Plaintiff will be granted an extension of time to complete service of summons; however, no further extensions will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to send plaintiff a copy of the stamped complaint filed November 30, 2011.

        2. Plaintiff shall serve summons on defendants in compliance with Federal Rule of Civil Procedure 4 no later than August 28, 2012 and shall file with the court proof of service of summons. Failure to comply with this order may result in a recommendation that the action be dismissed.

/////

3. The status conference currently set for August 8, 2012 is continued to November 7, 2012 at 10:00 AM in Courtroom 26.

Dated: June 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
levi.pos.eot