IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEVI,

        Plaintiff,                  No. 2:11-cv-3164 MCE CKD PS

    vs.

M. CATE, et al.,

        Defendant.                 ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent persons in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

////

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment
2 of counsel (dkt. no. 17) is denied.
3  Dated: July 24, 2012

                                                 _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 levi.3164.cou